FILED

JUN - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURAK S. KOTAN
854 Quince Orchard Blvd., Suite 101
Gaithersburg, MD 20878

MB GROUP, INC.
854 Quince Orchard Blvd., Suite 101
Gaithersburg, MD 20878

           Plaintiffs,

v.

PIZZA OUTLET, INC.
2102 Greentree Road, Suite A-202
Pittsburgh, PA 15220

VOCELLI PIZZA, LP
2102 Greentree Road, Suite A-202
Pittsburgh, PA 15220

RANDY FOX
t/a Vocelli's Pizza
12026 North Shore Drive
Reston, VA 20190

UMIT YIGIT, D.D.S.
1347 East Sample Road
Pompano Beach, FL 33064

           Defendants.

CASE NUMBER  1:05CV01119

JUDGE: John D. Bates

DECK TYPE: Contract

DATE STAMP: 06/06/2005

JURY ACTION

## NOTICE OF REMOVAL

Please take notice that defendants Pizza Outlet, Inc., Vocelli Pizza, LP, Randy Fox and Umit Yigit, D.D.S., (collectively, "Defendants") remove this action pursuant to 28 U.S.C. § 1446, and in support of the removal, state as follows:

1. Defendants are named in a civil action brought in the Superior Court for the District of Columbia, captioned <u>Burak S. Kotan et al. v. Pizza Outlet, Inc. et al.</u>, Case Number 05-004145B.

2. This action was commenced on June 1, 2005. Defendants received a draft copy of the Complaint on June 1, 2005, but have not been served. A copy of the Complaint is attached to this Notice. The Complaint constitutes all process and orders received by Defendants in this action.

3. This action is removable pursuant to 28 U.S.C. § 1441. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.

4. This Notice of Removal is filed within 30 days of Defendants' receipt of a copy of the Complaint.

5. Defendants will give written notice of the filing of this Notice of Removal to the plaintiff and to the Clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, defendants Pizza Outlet, Inc., Vocelli Pizza, LP, Randy Fox and Umit Yigit, D.D.S. request that this action proceed in this Court as an action properly removed to this Court.

**ARENT FOX PLLC**

By: _____
Christopher H. Grigorian
Bar No. 432104
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Phone: (202) 775-5779
Facsimile: (202) 857-6395

Of Counsel:

Lane Fisher
Fisher Zucker LLC
121 Avenue of the Arts, Suite 1200
Philadelphia, PA 19107
Phone: (215) 545-5200

## CERTIFICATE OF SERVICE

I, Christopher H. Grigorian, certify that I have this day caused a true and correct copy of this Notice of Removal to be served upon opposing counsel at the addresses listed below by U.S. Mail (First Class) and by facsimile:

>John M. Shoreman
>McFadden & Shoreman, PC
>1900 L Street, N.W., Suite 502
>Washington, D.C. 20036
>Facsimile: (202) 638-6783
>
>Athan T. Tsimpedes
>McFadden & Shoreman, PC
>1900 L Street, N.W., Suite 502
>Washington, D.C. 20036
>Facsimile: (202) 638-6783

Dated: June 6, 2005

Christopher H. Grigorian