## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BURAK S. KOTAN and<br>MB GROUP, INC., | :<br>:<br>: | |
| Plaintiffs, | :<br>: | Case No. 1:05CV01119-JDB |
| v. | :<br>:<br>: | |
| PIZZA OUTLET, INC.,<br>VOCELLI PIZZA, L.P.,<br>RANDY FOX and<br>UMIT YIGIT, D.D.S., | :<br>:<br>:<br>:<br>: | |
| Defendants.<br>_____ | :<br>: | |

### DEFENDANTS PIZZA OUTLET, INC. AND VOCELLI PIZZA, L.P.'s MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Movants, Pizza Outlet, Inc. and Vocelli Pizza, L.P., by and through their undersigned counsel, hereby move this Court for an Order dismissing the above captioned action pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the alternative, transferring the action to the United States District Court for the Western District of Pennsylvania.

In support of their motion, the Movants rely on the legal arguments contained in the accompanying Memorandum of Points and Authorities and the Certification of Robert Montanari.

**WHEREFORE**, Defendants move the Court to enter an order dismissing this action or, in the alternative, transferring venue to the United States District Court for the Western District of Pennsylvania, and for such further relief as the Court deems proper.

**ARENT FOX PLLC**


By:_____
Christopher H. Grigorian
Bar No. 432104
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Phone: (202) 775-5779
Facsimile: (202) 857-6395

Of Counsel:

Lane Fisher
Fisher Zucker LLC
121 Avenue of the Arts, Suite 1200
Philadelphia, PA 19107
Phone: (215) 545-5200