IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BURAK S. KOTAN and | : | |
| MB GROUP, INC., | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:05CV01119-JDB |
| | : | |
| v. | : | |
| | : | |
| PIZZA OUTLET, INC., | : | |
| VOCELLI PIZZA, L.P., | : | |
| RANDY FOX and | : | |
| UMIT YIGIT, D.D.S., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Defendants Pizza Outlet, Inc. and Vocelli Pizza, L.P.'s Motion to Dismiss or, in the Alternative, to Transfer Venue, and memoranda and supporting papers, and for good cause shown, it is this day ORDERED:

That, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), this action is hereby dismissed.

_____, 2005        _____
                                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BURAK S. KOTAN and | : | |
| MB GROUP, INC., | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:05CV01119-JDB |
| | : | |
| v. | : | |
| | : | |
| PIZZA OUTLET, INC., | : | |
| VOCELLI PIZZA, L.P., | : | |
| RANDY FOX and | : | |
| UMIT YIGIT, D.D.S., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **[ALTERNATIVE] ORDER**

Upon consideration of Defendant Pizza Outlet, Inc. and Vocelli Pizza, L.P.'s Motion to Dismiss or, in the Alternative, to Transfer Venue, and memoranda and supporting papers, and for good cause shown, it is this day ORDERED**:**

That, pursuant to 28 U.S.C. § 1404, the Clerk of the Court shall transfer this action to the Clerk of the United States District Court of the Western District of Pennsylvania.

_____, 2005         _____
                                UNITED STATES DISTRICT JUDGE