UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURAK S. KOTAN and )
MB GROUP, INC. )
) Civil Action No. 1:05-01119(RCL)
)
    **Plaintiff** )
)
v. )
)
)
PIZZA OUTLET, INC., *et al.* )
)
    **Defendants** )
_____)

## MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANTS PIZZA OUTLET, INC. AND VOCELLI PIZZA, L.P.'S MOTION TO DISMISS

Plaintiffs, by and through their counsel, John M. Shoreman and Athan T. Tsimpedes, pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves this Court for an enlargement of time to file its response to Defendants Pizza Outlet Inc. and Vocelli Pizza L.P.'s (hereinafter referred to as "Defendants") Motion to Dismiss. This is Plaintiffs first request for an enlargement of time. In support Plaintiffs states as follows:

1.    This matter was originally filed in the Superior Court for the District of Columbia seeking injunctive relief.

2.    Rather than responding or defending the action (i.e. Motion to Dismiss) that was set for an injunction hearing in the Superior Court for the District of Columbia on June 7, 2005, Defendants removed this action to the United States District Court for the District of Columbia on June 6, 2005.

3. After removing the action, Defendants waited until June 23, 2005 to file their Motion to Dismiss[1].

4. Plaintiffs' lead counsel, John M. Shoreman, in this matter is currently in a two week trial in the Middle District of Tennessee, civil action no. 3:99-cv-00099, Lewis, et al v. Philip Morris USA In, et al. All efforts during the past few weeks have focused on the preparation for that matter. Additionally, Plaintiffs other counsel, Athan T. Tsimpedes is currently in New Jersey in preparation for a hearing summary and trial scheduled for July 8, 2005 and July 11, 2005 respectively in Superior Court for Middlesex County, New Jersey.

5. Plaintiffs counsel, Athan T. Tsimpedes had contacted Defendants counsel, Christopher H. Grigorian, seeking his consent for an enlargement of time in which Plaintiffs are to respond to Defendants Motion to Dismiss. Unfortunately, Mr. Grigorian stated he could not consent to the extension of time.

6. Plaintiffs seek a 14 day enlargement of time to respond to Defendants Motion to Dismiss.

7. Although Defendants removed this action to this court, Defendants have never been formally served and nor have the remaining defendants in this matter. Ironically, Defendants Pizza Outlet, Inc. and Vocelli Pizza, L.P. made a general appearance by removing this action from the Superior Court for the District of Columbia and only thereafter sought a dismissal of this action pursuant to their Motion that suggests a waiver was elected to litigate this matter in the District of Columbia.

8. Plaintiffs' motion is submitted in the interest of justice and not for delay.

---

[1] Defendants' Motion to Dismiss was entered on June 24, 2005.

WHEREFORE, Plaintiff respectfully requests that this motion for an enlargement of time be granted.

Dated: July 6, 2005

Respectfully submitted,

____/s/_____
John M. Shoreman
McFadden & Shoreman, PC
1900 L Street, NW
Suite 502
Washington, DC 20036
202-638-2100
202-638-6783 (fax

____/s/_____
Athan T. Tsimpedes
Bar No. 452341
1900 L Street, NW
Suite 502
Washington, DC 20036
202-223-6080
202-638-6783 (fax)

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2005 a copy of the foregoing Plaintiff's Motion for Enlargement of Time was served by first class mail, postage prepaid upon:

Christopher H. Grigorian
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

____/s/_____
Athan T. Tsimpedes