UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BURAK S. KOTAN and )
MB GROUP, INC. )
) Civil Action No. 1:05-01119(RCL)
)
    Plaintiff )
v. )
)
)
PIZZA OUTLET, INC., *et al.* )
)
    Defendants )
_____)

Upon consideration of Plaintiffs Motion for Enlargement of Time, and any opposition thereto, it is this _____ day of July 2005, hereby GRANTED; and it is further

**ORDERED** that Plaintiffs have until July 21, 2005 in which to file a response to Defendants Pizza Outlet, Inc. and Voceli Pizza, L.P.'s Motion to Dismiss.

                                            ROYCE C. LAMBERTH
                                            JUDGE, UNITED STATES DISTRICT
                                            COURT FOR THE DISTRICT OF
                                            COLUMBIA

Dated: _____, 2005