UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BURAK S. KOTAN and**<br>**MB GROUP, INC.**<br><br>   **Plaintiffs**<br>v.<br><br>**PIZZA OUTLET, INC.,** *et al.*<br><br>   **Defendants** | Civil Action No. 1:05-01119(RCL) |

### ORDER

Upon consideration of Defendants Pizza Outlet Inc.'s and Vocelli Pizza L.P.'s Motion to Dismiss or in the Alternative Transfer Venue and Plaintiffs' Opposition thereto, it is this _____ day of July 2005, hereby DENIED; and it is further

**ORDERED** that Plaintiffs are granted leave to amend and have 14 days to submit an amended complaint in this matter.

                                                                    _____
                                                                    ROYCE C. LAMBERTH
                                                                    JUDGE, UNITED STATES DISTRICT
                                                                    COURT FOR THE DISTRICT OF
                                                                    COLUMBIA

Dated:            , 2005