## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2005, copies of the foregoing Application for an Ex Parte Temporary Restraining Order, with accompanying memorandum of Points and Authorities, Affidavit and Exhibits, and proposed Order, were sent by facsimile to the following:

> Pizza Outlet, Inc.
> 112 Abbeyville Road
> Mount Lebanon, PA 15228
> (via UPS)

> Vocelli Pizza, LP
> 2102 Greentree Road
> Suite A-202
> Pittsburgh, PA 15220

_____
Athan C. Tsimpedes