

**2101 GREENTREE ROAD, SUITE A-202 • PITTSBURGH, PA 15220**
**PHONE: 412.279.9100 • FAX: 412.279.9781**

TO: Joe Dunn                      DATE: 6/1/05

FROM: Bob Montanari                TIME: 3:42 PM

PAGES INCLUDING COVER SHEET: ____

Fax: 215-545-8313

REMARKS:

Joe,

Please see attached the communication referencing the Exparte Restraining Request

Thanks

Bob Montanari

filing tomorrow morning

hearing date

assoc. down here - _____
consent of other party req'd