# McFADDEN & SHOREMAN, L.L.C.

## Attorneys at Law

1900 L Street, N.W., Suite 502, Washington, D.C. 20036

Telephone: (202) 638-2100          Facsimile: (202) 638-6783

## FACSIMILE COVER SHEET

Date: 2-Jun-05
Number of Pages: 3
(including this page)

Facsimile: (215) 545-8313

Telephone:

| Recipient's Information | Sender's Information |
|---|---|
| To: Lane Fisher, Esq. | From: John Shoreman |
| Of: | Sent by: |
| Re: | Client No. 2238 |

Comments:

The information contained in this facsimile message is information protected by attorney-client and/or attorney work product privilege. It is intended only for use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any reader of this facsimile is not the named recipient of the employee or agent responsible to deliver to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE NOTIFY US IMMEDIATELY AT (202) 638-2100.

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| BURAK S. KOTAN, et al.,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>PIZZA OUTLET, INC., et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-0004145<br>)<br>)　JUDGE IN CHAMBERS<br>)<br>) |

## NOTICE OF HEARING

PLEASE BE ADVISED that a hearing on Plaintiffs' Motion for Temporary Restraining Order has been set for June 7, 2005, at 2:30 p.m., in Room 4220.

Dated: June 2, 2005　　　　　　　　　　McFADDEN & SHOREMAN

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John M. Shoreman, #407626
　　　　　　　　　　　　　　　　　　　1900 L Street, N.W., Suite 502
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 638-2100

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing was served via fax transmission and first-class, U.S. Mail, postage pre-paid, this 2nd day June, 2005, to the following:

Lane Fisher, Esq
Fisher Zucker, LLC
121 South Bend Street, Suite 1200,
Philadelphia, PA. 19107

John M. Shoreman