UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BURAK S. KOTAN**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 05-01119 (RCL) |
| ) | |
| **PIZZA OUTLET, INC.**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants Pizza Outlet, Inc. and Vocelli Pizza, L.P.'s Motion [2] to Dismiss or, in the Alternative, to Transfer Venue and for the reasons stated in an accompanying Memorandum Opinion, it is hereby

ORDERED that Pizza Outlet, Inc.'s and Vocelli Pizza, L.P.'s motion [2] to dismiss is DENIED; it is further

ORDERED that Pizza Outlet, Inc.'s and Vocelli Pizza, L.P.'s alternative motion [2] to transfer this case to the Western District of Pennsylvania is GRANTED; it is further

ORDERED that the Clerk of Court transfer this case to the United States District Court for the Western District of Pennsylvania.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 28, 2005.